IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | | |
| v. | * | CR. NO. 04-0013-0 |
| | | 05-10014 |
| VANSESSA HARVEY | * | |
| Defendant. | * | |

## MOTION TO MODIFY TERMS OF PRE TRIAL RELEASE

Comes now the Defendant and Moves this Honorable Court that the terms of her pre trial release be modified to allow travel out of district for medical purposes for an immediate family member's treatment. In support of this motion Defendant would state:

1. Defendant's step-mother is currently on a waiting list for a double kidney-pancreas transplant. She is on waiting lists for both Vanderbilt University and also the university of Alabama at Birmingham.

2. Defendant's step mother, Dorothy Harvey has received a notice from the University of Alabama that she has an appointment with her doctor on August 11, 2005 at 10:00 a.m. [attached hereto]. The family will need to transport her on August 10, 2005 due to the length of the drive. Defendant's father's work schedule will require him to work on August 10, 2005 for at least a portion of the day. He is scheduled to work until approximately 1:00 a.m. on August 11, 2005 [second shift]. Defendant is needed to transport her step mother or to assist with such transportation in the event Defendant's father can travel after leaving work.

3. Defendant needs to travel out of district for this medical appointment and may be required to do so in the future for other appointments with these hospitals.

**This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7/29/05**

**MOTION GRANTED**
DATE: 28 July 2005

/s/ James D. Todd
James D. Todd
U.S. District Judge

30

4.  Defense counsel has consulted with government counsel and the government does not object to the relief requested.

Premises considered, Defendant moves that the terms of her pre trial supervision be modified to allow for travel out of district for this specific medical appointment on August 10, 2005 and for future such appointments as they arise, upon notification to the pre trial services officer.

Respectfully submitted, this the 25 day of July, 2005.

M. Dianne Smothers [011874]
Assistant Federal Defender
109 S. Highland Ave., Rm. B-8
Jackson, TN 38301
Phone: (731)427-2556

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing was served upon all interested parties by either hand delivery or by mailing same, postage prepaid to the following:

Mr. James Powell
Assistant United States Attorney
109 South Highland, Suite 300
Jackson, Tennessee, 38301

This the 25 day of July, 2005.

M. Dianne Smothers

2

**UAB THE UNIVERSITY OF ALABAMA AT BIRMINGHAM**

*Renal Transplantation*

July 18, 2005

Ms. Dorothy Harvey
60 Leo Woods Road
Cedar Grove, TN 38321

Dear Ms. Harvey:

I would like to make an appointment for you to come to the UAB Kirklin Clinic for re-evaluation for your listing on the kidney/pancreas waiting list for transplantation at UAB.

I have made this appointment for you on Thursday, August 11, 2005 at 10:00 am. This is a clinic visit only with Dr. Deierhoi, but it will give you the opportunity to discuss any questions or concerns you may have regarding transplantation.

The Kirklin Clinic is located on the corner of Sixth Avenue and Twentieth Street South. You should come to the Fifth Floor, General Surgery Clinic. I have enclosed a map for your directions, and there is a parking deck adjacent to the clinic for your convenience in parking.

If this appointment time is not satisfactory, you may call 888-822-7892 and I can schedule another time that will be more convenient.

Sincerely,

Vicki Denney
Administrative Associate
Renal Transplant

776 Lyons-Harrison Research Building
701 19th Street South
205.975.9200
Toll Free 1.888.822.7892
Fax 205.975.9199

renaltransplant@uabmc.edu
www.health.uab.edu/renaltransplant
Mailing Address:
LHRB 776
1530 3RD AVE S
BIRMINGHAM AL 35294-0007

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 1:05-CR-10014 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT