IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                   Case No. 1:05-CR-10014-01-T

VANSESSA HARVEY,

    Defendant.

### ORDER REFUNDING CASH APPEARANCE BOND

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond ( receipt #J27878) for this defendant be cancelled and discharged, and the Clerk is directed to issue a check on the Registry in the sum of $500.00 payable to: Milton Harvey; 60 Leo Wood Rd., Cedar Grove, TN 38321; in full refund of the cash appearance bond posted herein.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

9 September 2005

Approved:

THOMAS M. GOULD, CLERK OF COURT

BY: _____
      Deputy Clerk

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9/13/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 1:05-CR-10014 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT